IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARIA AGUIRRE                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:15-CV-171-SA-DAS

VITAL MARKETING, INC., and
TERRY W. JACKSON                                                                            DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Defendants' Motion for Partial Summary Judgment [37] is DENIED.

So ORDERED on this the 3rd day of February, 2017.

                                                     /s/ Sharion Aycock
                                              UNITED STATES DISTRICT COURT JUDGE