IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARIA AGUIRRE                                                                                          PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:15-CV-171-SA-DAS

VITAL MARKETING, INC., and
TERRY W. JACKSON                                                                                    DEFENDANTS

ORDER OF DISMISSAL

After the Attorneys representing the Plaintiff in this case informed the Court that they were unable to contact their client after repeated attempts, the Court continued the trial of this case and entered an Order to Show Cause. The Court directed the Plaintiff to inform the Court that she retained new counsel, that she intended to proceed *pro se*, or that she elected not to proceed with this case. *See* [47, 47-1, and 49]. At that time, the Court also informed the Plaintiff that if she failed to respond, her case would be dismissed with prejudice under Federal Rule of Civil Procedure 41(b). The allotted time for responding expired, and the Court has not received any correspondence from the Plaintiff. Because the Plaintiff has abandoned her case and failed to comply with orders of this Court, this case is DISMISSED with prejudice. This CASE is CLOSED.

So ORDERED on this the 11th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Sharion Aycock　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE